## CAMP v. ZELLARS.

### (Circuit Court of Appeals, Fifth Circuit. June 1, 1899.)

### No. 836.

BANKRUPTCY—JURISDICTION—SUITS BY TRUSTEE.

The district court, as a court of bankruptcy, has no jurisdiction of a petition by a trustee in bankruptcy for the cancellation of a conveyance of land previously made by the bankrupt to his wife, and alleged to have been fraudulent as to creditors, and for the recovery of the land for the benefit of the estate, nor to enjoin the bankrupt's wife from prosecuting a suit against the trustee to recover personal property claimed by her.

Petition for Revision of Decision of the District Court of the United States for the Northern District of Georgia.

H. A. & B. T. Camp were duly declared bankrupts as a partnership and as individuals. T. M. Zellars was appointed trustee of the estates of said bankrupts. After the passage of the bankruptcy act, and within four months of the time in which the petition in involuntary bankruptcy was filed in this cause, H. A. Camp conveyed certain real estate to his wife, Mrs. C. B. Camp, and placed her in possession of the same. T. M. Zellars, as trustee, filed a petition in said United States district court against Mrs. C. B. Camp, seeking to have said conveyance canceled, and to recover said lands for the benefit of the estate. The petition of said trustee is in the nature of a suit to cancel the said conveyance as fraudulent. The petition also alleges that Mrs. C. B. Camp has brought certain suits against the trustee to recover personal property claimed by her. The petitioner seeks to have these suits enjoined. Mrs. Camp filed a demurrer to this petition, upon the ground that the district court had no jurisdiction to hear and determine the question, and because the controversies referred to in said petition must be determined by a separate action at law or in equity, they being no part of the bankruptcy proceedings proper. This demurrer was overruled by the district court. The matter is brought to this court by a petition filed by Mrs. C. B. Camp, alleging that the district court erred in overruling the demurrer, and praying that this court superintend and revise the action of the district court.

H. A. Hall, for petitioner.
Alex. W. Smith, for respondent.

Before PARDEE, McCORMICK, and SHELBY, Circuit Judges.

PER CURIAM. We are of the opinion that the district court erred in overruling the demurrer. The judgment of the district court is reversed. The district court is directed to sustain the demurrer of Mrs. C. B. Camp to the said petition filed by T. M. Zellars, trustee. Bernheimer v. Bryan (present term) 93 Fed. 767.